DETROIT BAR ASS'N *v.* DETROIT TRUST CO.

This case is controlled by *Detroit Bar Ass'n* v. *Union Guardian Trust Co., ante,* 216.

Appeal from Wayne; Campbell (Allan), J. Submitted June 8, 1937. (Docket No. 6, Calendar No. 39,125.) Decided October 4, 1937. Rehearing denied December 15, 1937.

Bill by Detroit Bar Association, George E. Brand, Ezra H. Frye, and Ben O. Shepherd against Detroit Trust Company, a Michigan corporation, to restrain alleged illegal practice of law. From decree rendered, both parties appeal. Affirmed.

*George E. Brand, Ezra H. Frye,* and *Ben O. Shepherd,* for plaintiffs.

*Butzel, Eaman, Long, Gust & Bills (Thomas G. Long, Frank D. Eaman,* and *Louis F. Dahling,* of counsel), for defendant.

WIEST, J. This case companions with *Detroit Bar Ass'n* v. *Union Guardian Trust Co., ante,* 216, and the opinion therein, handed down herewith, is adopted as the opinion in this case, with decree as there ordered.

FEAD, C. J., and NORTH, BUTZEL, BUSHNELL, SHARPE, POTTER, and CHANDLER, JJ., concurred.